# BANKRUPTCY
# RETAINER AGREEMENT

This Agreement is executed on the 22nd Day of July, 2015, and is between you and this Attorney.

The "Attorney" is:   The Law Firm of Shaw & Crowson, PA.

The "Client" is:   William Bandorick, 3rd, and Tracy L. Bandorick

**The following applies:**

THIS IS A BINDING AGREEMENT. THIS AGREEMENT STATES THE WORK THIS LAW FIRM WILL DO FOR YOU. IT STATES WHAT YOUR RESPONSIBILITIES ARE. IT IS IMPORTANT THAT YOU READ AND UNDERSTAND THIS AGREEMENT BEFORE YOU SIGN IT.

We agree as follows:

1. No work will be done until the initial retainer provided for in this Agreement has been paid in good funds. Only the work specified in this Agreement will be done. No other work will be done.

2. You, the Client, retain The Law Firm of Shaw & Crowson, PA, Attorney, to provide the legal services set forth in this Agreement and agree to pay for those services and for the costs involved in providing them. The Law Firm of Shaw & Crowson, PA, is a law firm with more than one attorney. You agree that any attorney associated with the Firm may provide legal services on your behalf. You also agree that, in some circumstances, the Firm may arrange with some other attorney to provide services on your behalf or to make court appearances on your behalf. You understand that we also use 'paralegals", non-attorney professionals, who work under the direct supervision of an attorney, to do some of the work on your matter.

3. The Attorney is going to confer with you about your income, debts, and financial situation. The Attorney is going to provide you with information about possible non-bankruptcy alternatives and about Bankruptcy Law, including information about "Chapter 11", which is a business reorganization, and "Chapter 7", which is liquidation. You and your attorney will then decide which alternative may better meet your needs. Because many Chapter 11s fail, you agree that, prior to filing any proceeding under Chapter 11, you will also review your case with a qualified accountant or similar financial advisor to determine if a reorganization plan is feasible.

4. The Attorney is going to assist you in preparing a Petition for a Chapter 11 Bankruptcy filing based on the information you provide. All information that you provide is subject to reasonable verification by your Attorney. After all information is provided and verified, the Chapter under which you may decide to file or qualify to file may change. If so, your fees and costs will change, and this Retainer will be modified. After you file your Petition, additional information may be required. Also, the position taken by the Trustee, the Court, or other circumstances may require that the Chapter under which you proceed to change. If so, your fees and costs will change, and this Agreement will be modified.

A.  **CHAPTER 11 ATTORNEY SERVICES:**

1. Prior to the Petition preparation, we will review several types of information that you must provide us. This information includes, but may not be limited to, tax returns, profit and loss statements, all financing and lease agreements, all mortgages and liens against real property, and agreements with unsecured creditors.

2. We will prepare and file your initial Petition, based upon information you provide, but subject to reasonable verification by the attorney.

3. We will prepare and file several documents to be filed along with your Petition, including but not limited to a statement of financial affairs, which needs to be accurate and complete, an application for us to be approved as your attorneys, and, if needed, an application to employ other professionals, such as a CPA or REALTOR.

4. After filing your Petition, we help you prepare for and represent you at the 341 "Meeting of Creditors" as well as the "Initial Debtor Interview." The Trustee will require certain documentation before your meeting, which we will help you provide. The Trustee will almost always also require certain documentation after your meeting, which we will also help you provide.

5. After we file your Chapter 11, we also begin to communicate and to negotiate with your secured creditors regarding any real or personal property as well as and executory contracts or unexpired leases, if any.

6. We will prepare and file your Chapter 11 Plan, along with a Disclosure Statement. We work with you to have this Plan accepted by your creditors and approved by the Court.

7. In the course of your bankruptcy proceeding, expect that both your Petition and your Plan may need to be amended. We will amend your Petition and/or your Plan if either needs to be amended and we will advise and direct you as to additional information or documentation that may be requested. We will counsel you as to any issues that arise regarding creditor inquiries or creditor claims and claim amount.

8. We also take and return your phone calls, as timely as reasonably possible. We will meet with you as needed throughout the process to review your progress and counsel you.

B.  **Chapter 11 – CLIENT RESPONSIBILITIES AND ACKNOWLEDGMENTS:**

1. During the bankruptcy process, **you will be expected to**: 1) provide complete and accurate information as requested by the Attorney so that the Petition can be prepared timely and accurately - you must be truthful - and 2) you must keep your appointments with the Attorney.

2. As soon as your Petition is filed, **you must open a new bank account**, called a "Debtor-in-Possession Account." There must be a clear distinction between your "old business" and your "new business" being reorganized. You must not make any special or "preferential" payments to creditors. As soon as your Petition is filed, you become a "fiduciary" to your creditors. The account must be maintained and managed honestly for the benefit of the bankruptcy estate.

2

3. You must retain a competent accountant or like financial advisor and you must work toward a feasible Plan.  You must cooperate with secured creditors and others.  You must quickly provide all information and documents required by the Trustee or reasonably required by creditor' committee.  You must promptly and timely file all business tax returns and you must timely pay all taxes as they come due.  If there is a "cash collateral" problem, you must obtain a court order to use cash from the business.

4. You must promptly obtain a "market analysis" of real property.  You must also obtain and bring to the Attorney in a timely fashion any other information requested by the Trustee.  You must provide monthly operating reports, profit and loss statements and all other information and statements to the Trustee promptly upon request

5. You must assist with the preparation and implementation of your "Plan".  Once your Plan is confirmed, you must operate the business according to the terms of your Plan.

6. You must appear on time at your Meeting of Creditors (a "341 Hearing") and Initial Debtor Interview (the "IDI").  The designated person appearing must provide a Maryland Driver's License and social security card or other acceptable proof of identification approved by your attorney.  Also, proof of the correct "TIN" for a business must be provided. You must appear on time at all other meetings, proceedings and court hearings.

7. If you have agreed to surrender certain property, you must surrender it. You must make sure that your real property, your vehicles, and any other property subject to a secured claim is kept adequately insured and you must provide current insurance information to the Bankruptcy Trustee, or the Creditor if the Creditor requests it.

8. You agree to pay all secured creditors ON TIME after you file your Petition, subject to modifications or rejections of executory contracts, unless we, the Trustee, and/or the Court have determined that there is sufficient collateral that gives reasonable assurances to your creditors that their interests are secured.

9. **You agree not to incur additional debt, or sell, convey or refinance any property, purchase any property or do anything else to materially alter your financial situation without conferring with your attorney.**

10. If your case is audited by the U.S. Trustee or by any other governmental agency or the Court, you must fully cooperate in this audit and timely provide all requested information and documents.

11. You must read and keep all notices or other communications sent to you by the Court, by the Trustee, or by your attorney. If any creditor contacts you in writing or by phone, you must inform your attorney.   You must keep the Attorney informed of any changes of address, changes of telephone number, employment changes, lawsuits, liens or levies, or legal proceedings or other matters or changes that could affect your case.

12. You agree to communicate with us regarding anything which may affect your ability to reorganize your business.

13. Client credibility and cooperation:  If you are not truthful and honest with the Attorney and with the Court, or if you do not fully and honestly cooperate with the Attorney and the Bankruptcy Trustee or the Bankruptcy Court, the Attorney may withdraw as your attorney.  If you do not return the Attorney's phone calls, answer the Attorney's letters, or tell the Attorney if you have a new phone number or address, the Attorney may withdraw as your attorney.  If your Attorney withdraws from your case for any of these reasons, all fees which you have paid the Attorney will be deemed fully earned by the Attorney.  No part of the fee will be refundable and no part of the fee will be credited to you for any future case.

14. You should keep your copy of your Petition, all correspondence, and all other documents pertaining to your case for **10 years**.

15. You acknowledge a Chapter 11 Petition cannot not be "just thrown together." Depending upon the complexity of your situation, it may take as long as three or more weeks to prepare your Petition.

16. You acknowledge that if you work in your own business, you cannot just "pay yourself".  You cannot use "cash collateral" to operate your business without the approval of the Bankruptcy Court.

17. You acknowledge that, during this time that we are gathering information and preparing your Petition, we cannot keep secured creditors from repossessing their security.  We will try to work with you and advise you, but your creditors have rights also.  If a secured creditor seizes some of your assets after you have retained us, but before your petition is filed, we will not bring a motion to recover that asset unless it is necessary for the reorganization of your business.  In other words, we will not try to get back an asset you had intended to surrender to the creditor anyway.

18. Also, from time to time in the Attorneys' discretion and per the requirements of the US Bankruptcy Code, the Attorney will provide the Court with an itemized statement of work done and fees charged and seek Court Approval for additional payment. Upon approval of the Court, additional fees will be paid from the trust account into the Attorneys' operating account as earned fees. You agree to cooperate with us if we must do that.  If you need more legal services than your retainer covers, and we cannot be paid more, you agree that we may ask the Court to permit us to quit working for you.

19. Responsibility for Information provided:

    IT IS YOUR RESPONSIBILITY TO PROVIDE THE ATTORNEY WITH COMPLETE, ACCURATE INFORMATION REGARDING YOUR ASSETS (WHAT YOU OWN) AND YOUR LIABILITIES (WHO YOU OWE MONEY TO) BEFORE YOUR ATTORNEY FILES YOUR BANKRUPTCY PETITION. THE ATTORNEY IS NOT RESPONSIBLE FOR OBTAINING INFORMATION REGARDING YOUR LIABILITIES OR YOUR ASSETS OR FOR OBTAINING ANY OTHER INFORMATION REQUIRED IN YOUR PETITION, SCHEDULES OR OTHER DOCUMENTS. IT IS YOUR RESPONSIBILITY TO PROVIDE THIS INFORMATION TO THE ATTORNEY.

    YOU ARE ADVISED AND UNDERSTAND THAT IF YOU GIVE THE ATTORNEY INCOMPLETE OR INACCURATE INFORMATION REGARDING YOUR ASSETS OR YOUR LIABILITIES, THE RESULTS CAN BE VERY BAD.  YOU MAY BE STILL HELD RESPONSIBLE FOR SOME DEBTS EVEN AFTER THE BANKRUPTCY.  OR, YOU COULD BE DENIED A BANKRUPTCY DISCHARGE ALTOGETHER AND STILL BE HELD RESPONSIBLE FOR ALL OF YOUR DEBTS.

    IF YOU DO NOT PROVIDE THE TRUSTEE ALL OF THE INFORMATION THE TRUSTEE REQUESTS, YOUR BANKRUPTCY COULD BE THROWN OUT, AND YOU MAY NOT BE ABLE TO FILE AGAIN, OR, IF YOU DO FILE AGAIN, YOU MAY HAVE TO WAIT AT LEAST 6 MONTHS.

**C.  RETAINER AND ATTORNEY FEES:**

Client agrees to pay a retainer to The Law Firm of Shaw & Crowson, PA, in the amount of $10,000.00 (not including Court Costs described below). The Attorney will deposit the retainer in its escrow account and will apply escrowed monies to fees and costs billed prior to filing the Client's Petition and thereafter upon application and Court Order approving attorney compensation.

At the time of the execution of this Retainer Agreement, the Attorney has agreed to charge and you have agreed to pay fees as follows:

Client shall pay the sum of $_295.00_ per hour for each and every hour expended by Attorney Ann Shaw or Attorney Michael Crowson on Client's behalf and the sum of $_75.00_ per hour for each and every paralegal hour expended on client's behalf.

                                    **Initials:**      *WB*      *TLB*
                                                            **WB**     **TLB**

**D.  COURT COSTS/MISCELLANEOUS COSTS:**

Before your Motion to Convert and Amended Petition is filed, Filing Fees of $176.00 for the motion and Court Costs of $932.00 for the Chapter 11 conversion must also be paid as well as miscellaneous costs (e.g., postage, long distance, copies) of $500.00. These costs are in addition to the Retainer stated above. Depending upon the nature of your case, you may also be assessed mailing and administrative costs. Court Costs may change at any time.  If, between the date of this Retainer Agreement and the date all of the conditions (contingencies) of this Agreement are met and your Petition is filed, Court Costs increase, you agree to pay these increased costs.

**E.  PAYMENT OF ADDITIONAL FEES AND COURT COSTS**

It is further acknowledged and agreed that, after the initial retainer of $10,000.00 is deposited into Attorney's Trust Account and earned as set forth herein and exhausted, the Client shall pay into Attorney's Trust Account all additional legal fees and court Costs, if any, associated with this Chapter 11 bankruptcy on behalf of Client. Any payments towards attorney's fees from said retainer shall only occur after Attorney has filed an application for payment of attorney's fees and received approval from the Bankruptcy

Court to apply the retainer to those fees.

**F.    REPRESENTATION NOT INCLUDED IN THIS AGREEMENT:**

1. Negotiations with or dealing with the IRS or any other taxing agency except as specifically set forth in this Retainer Agreement is **not** included in this Retainer Agreement. You understand and agree that the Attorney does not provide and will not provide any tax advice. All questions you make have as to the tax effects of any action you take or do not take in the course of your Bankruptcy you agree to discuss with your own tax attorney, CPA, or other tax professional. It is your responsibility to secure and separately pay for necessary accounting services and negotiations with taxing authorities.

2. It is your responsibility to secure and separately pay for any necessary Delaware counsel if needed within the scope of your Chapter 11 bankruptcy.

3. Dealing with non-dischargeable fines or criminal activities or criminal case or fraud allegations is **not** included in this Retainer Agreement.

4. "Cleaning-up" credit or helping to correct erroneous information on the Clients' credit reports during or after the term of this Agreement is **not** included in this Retainer Agreement.

5. No attorney service that is not specifically listed as included in this Retainer Agreement will be included in this Retainer Agreement.

6. **Joint Petitions:** If you (the Clients) are husband and wife and this Retainer Agreement contemplates a joint filing the following applies: If during the term of this Retainer Agreement there is marital discord, a marital separation or a divorce, both Clients acknowledge that the filing of the Bankruptcy Petition and the completion of the Bankruptcy case is for the mutual benefit of both parties. Both parties agree to seek independent legal counsel to advise each party independently of his/her benefits and risks in the Bankruptcy proceeding. After such independent consultation, both parties agree to execute a "Conflict of Interest" waiver, waiving any conflict of interest between them. If both parties do not do so, the Attorney may refuse to represent both parties and may refuse to represent either party.

**G.    MISCELLANEOUS TERMS**

1. **Benefits and Risks:** You have been advised and you understand that the Attorney will help you, but the Attorney cannot and does not guarantee any specific legal result or legal outcome. You understand that changes in the law or the Trustees' practices or policies could affect the outcome of your case.

2. **You have been warned** that, as well as benefits, there are certain risks associated with the Filing of a Bankruptcy Petition. Your Bankruptcy will adversely affect your credit and may adversely affect the credit of your spouse or of anyone who has co-signed any debt for you. (The Attorney does not help spouses, relatives or friends who remain liable for your debt or whose credit is adversely affected by your Bankruptcy). Bankruptcy filings are public

      information, and it is not possible for the Attorney to keep your Bankruptcy information from being "published" or included on an internet site or elsewhere.

3. **Change of mind/ Lack of Cooperation:** If your case is not completed because you change your mind, you do not keep your appointments with your Attorney to review and sign documents, you do not provide all of the necessary documents and information, you do not appear for your Creditors Hearing (341) or any other hearing, you leave the area, or for any other reason due to your negligence or your fault, the Attorney has the right to terminate his/her representation of you.

4. **Termination of representation:** In a Chapter 11, the Attorney's representation of you terminates the earlier of 10 days after the dismissal of your case or 90 days after the confirmation of your Plan unless you have made other arrangements in writing for payment for additional services of the Attorney.

5. **Client Negligence or Fault:** If, for any reason due to your negligence or your fault, your case is dismissed by the Court, especially if you do not cooperate or if you do not comply with the Court's Orders, the Attorney has the right to terminate his/her representation of you.

6. **False Information and/or Misrepresentation:** Even though you have signed this Agreement and the Attorney has signed this Agreement, if the Attorney should discover that you have provided false or misleading information or deliberately untruthful or inaccurate information, the Attorney may refuse to provide any attorney services for you.

By signing this Retainer Agreement, you certify that: (a) it was executed on the date specified; (b) you understand the Retainer Agreement; and (c) you have provided or will provide complete and accurate information as needed by the Attorney.

**CLIENT:**

*/s/ William Bandorick, 3rd*           */s/ Tracy L. Bandorick*
William Bandorick, 3rd, Debtor          Tracy L. Bandorick, Debtor

**ATTORNEY**:

*/s/ Michael E. Crowson, Esq.*
Michael E. Crowson, Fed. Bar No. 27964,
For The Law Firm of Shaw & Crowson, P.A.